# MEMORANDUM DECISIONS.

---

ÆTNA INS. CO. et al. v. ALBANY & S. R. CO. et al. (Circuit Court of Appeals, Second Circuit. June 9, 1909.) No. 241. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 156 Fed. 132. See, also, 159 Fed. 1022, 86 C. C. A. 671. Opdyke, Ladd & Bristow (Charles F. Brown, James M. Beck, Lewis E. Carr, and William S. Opdyke, of counsel), for appellant. E. Parmalee Prentice (Adrian H. Joline, George Welwood Murray, Edward W. Sheldon, and Charles P. Howland, of counsel), for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree of Circuit Court affirmed on opinion below.